AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Jodi Lynn Wilson, (DOB: XXXXXXXXX)<br>Cole Andrew Temple, (DOB: XXXXXXXX)<br><br>*Defendant(s)* | ) Case: 1:21-mj-00568<br>) Assigned to: Judge Faruqui, Zia M.<br>) Assign Date: 8/18/2021<br>) Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority | |
| 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds | |
| 40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building | |
| 40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Ian Moore, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __08/18/2021__

*Judge's signature*

City and state: __Washington, D.C.__   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*