**AFFIDAVIT**

1.      I, Special Agent Ian Moore, am an investigative or law enforcement officer of the United States within the meaning of Section 2501(7) of Title 18, United States Code, in that I am empowered by law to conduct investigations of, and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.  I have been a Special Agent with the Federal Bureau of Investigation (hereinafter "FBI") since September 2015 and am currently assigned to the Toledo, Ohio Resident Agency within the Cleveland Division of the FBI.   My educational background includes study in the fields of criminal justice and law.  Prior to joining the FBI, I served as a commissioned officer in the United States Army.  During my time as an FBI Special Agent, I have investigated a variety of violations of federal law, including investigations concerning domestic terrorism, international terrorism, white-collar crimes, hate crimes, and public corruption.

2.      In the course of these investigations, I have prepared and submitted numerous affidavits and executed associated federal search and arrest operations. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3.      The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

4.      On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Michael Pence was present and presiding, first in the joint session, and then in the Senate chamber.

5.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

6.      At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking

windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

7.      Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

8.      During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

9.      In January 2021, the FBI began an investigation into allegations that JODI WILSON and COLE TEMPLE were unlawfully present inside of the U.S. Capitol building on January 6, 2021.

10.     The FBI queried Ohio Bureau of Motor Vehicle (OBMV) databases, which identified WILSON and TEMPLE as both residing at an address on Black Canyon Drive in Swanton, Ohio. OBMV records provided contact information for TEMPLE as ***-***-6714 and WILSON as ***-***-3115. OBMV records further showed that WILSON had previously been listed as a co-signer on TEMPLE's drivers license, with her relationship to TEMPLE listed as "mother."

11.     OBMV records further showed that WILSON previously used the name of "JODI L. WOGGON-TEMPLE" prior to changing her driver's license registration name to JODI LYNN WILSON in 2015.

12.     According to records obtained through a search warrant which was served on Verizon, on January 6, 2021, in and around the time of the incident, the cellphones associated with ***-***-3115 and ***-***-6714 were identified as having utilized a cell site consistent with providing service to a geographic area that included the interior of the United States Capitol building. The FBI has reviewed the available information for these two phone numbers in order to determine whether there was any evidence that devices associated with those numbers could have lawfully been inside the U.S. Capitol on Building January 6, 2021. The information for those numbers did not match any information for persons lawfully within the Capitol. Accordingly, I believe that the individual possessing this device was not authorized to be within the U.S. Capitol Building on January 6, 2021.

13.     Business records obtained from Verizon identify telephone number ***-***-3115 as associated with an account owned by "JODI WOGGON-TEMPLE"; the address on the account is the same Black Canyon Drive address in Swanton, Ohio. Business records obtained from Verizon reveal that telephone number ***-***-6714 is also associated with the same Verizon account in the name of "JODI WOGGON-TEMPLE."

14.    Open-source records indicate that the telephone number ***-***-3115 is associated with a Telegram account utilizing the following profile image:



15.    Open-source research identified a Facebook profile utilizing the display name "Jodi Wilson." This Facebook profile lists numerous biographical details, such as "Went to Swanton High School, "Lives in Swanton, Ohio," and "From Swanton, Ohio." The Facebook profile uses a profile image last updated on November 26, 2020, and a cover image last updated on October 20, 2020.  A cropped version of one of those images is copied below.



16.     A review of WILSON's OBMV file photograph shows her appearance and physical description to be consistent with her appearance in the preceding images retrieved from Telegram and Facebook. A review of TEMPLE's OBMV file photograph shows his appearance and physical description to be consistent with that of the white male in the blue plaid shirt in the preceding image from Facebook.

17.     Business records show that the above Facebook account is associated with the verified cellular telephone number of ***-***-3115, which means that the account holder responded to a verification text sent to this phone number.

18.     Business records obtained from Snapchat show that the telephone number ***-***-6714 is associated with a Snapchat account with the username ctemple03 and the display name Cole Temple.

19.     Based on all of the foregoing, as well as the information below, your affiant believes that WILSON uses the cellphone associated with ***-***-3115 and that TEMPLE uses the cellphone associated with ***-***-6714, and that each were using those phone numbers on January 6, 2021.

20.     In the course of the FBI's investigation, the FBI reviewed public court records identifying WILSON's involvement in a case concerning custody of a minor child. These records identified a court-appointed guardian ad litem (hereafter "GAL"). The FBI interviewed the GAL regarding reports to the court concerning WILSON's activities on January 6, 2021. According to the GAL, WILSON confirmed to the GAL that she had entered the U.S. Capitol on January 6, 2021, and had been accompanied by her son, TEMPLE. WILSON asserted that she had been invited onto the steps of the Capitol building by an unidentified man that WILSON assumed to be a congressman. WILSON then stated that a police officer then told WILSON and TEMPLE they were allowed to go inside the U.S. Capitol building.

21.     In the course of the FBI's investigation, a witness (W-1) who has known TEMPLE for several years submitted to the FBI video recordings the witness had obtained from the ctemple03 Snapchat account, which W-1 confirmed was TEMPLE's account. W-1 also confirmed that TEMPLE uploaded these videos to Snapchat on January 6, 2021. Those recordings appeared to depict both the exterior and interior of the U.S. Capitol, as seen in the screenshots from those recordings below. Included with the recording were the captions "Shits going down" [sic] and "Go ahead, say some shit." A portion of this video appears to show TEMPLE inside of the U.S. Capitol, filming himself and yelling "just broke in this bitch."



22.     A review of TEMPLE's OBMV file photograph shows his appearance and physical description to be consistent with his appearance in this image, as well as his appearance in U.S. Capitol interior surveillance footage included below.

23.     The FBI conducted a review of images and video captured at the U.S. Capitol on January 6, 2021. As a result of that comparison, your affiant located and viewed video surveillance footage obtained from the U.S. Capitol Police from security cameras located within the U.S. Capitol building on January 6, 2021. Your affiant was then able to locate footage from two security cameras providing coverage of the interior of the U.S. Capitol building on January 6, 2021.

24.     Footage from those cameras show individuals matching WILSON and TEMPLE's appearance inside the U.S. Capitol from approximately 3:01 p.m. EST to 3:18 p.m. EST on January 6, 2021.  In these videos, TEMPLE is wearing a dark hooded sweatshirt, with the hood pulled over a dark blue knit cap. The knit cap bears white lettering, visible across the front, which is assessed

to be a mirror image of the word "AMERICA," as if the knit cap is turned inside out. Additionally, TEMPLE is wearing a royal blue neck gaiter. This attire matches his apparel from his self-posted Snapchat videos described above. A woman with blond hair, who walks with TEMPLE at all times during these videos, appears to match the physical appearance of WILSON. Still photographs from these videos are included below.







25.     In the identified surveillance footage, both WILSON and TEMPLE can be observed holding up cell phones as if using them to film or photograph their surroundings.



26.     On August 12, 2021, WILSON and TEMPLE were interviewed outside their residence.  WILSON initially denied going inside the U.S. Capitol Building, but admitted that she had traveled to Washington, D.C. and was outside the Capitol Building on January 6, 2021.  After agents showed her surveillance photographs of her inside the building, WILSON stated that police officers had "held the door open for [her]" and that an officer had "told me that's what I could do, and I went in, and that's all that I did."

27.     TEMPLE, when separately interviewed on August 12, 2021, stated that he and his mother traveled to Washington, D.C. to attend what he termed a protest at the U.S. Capitol Building on January 6, 2021.  TEMPLE stated that while outside the Capitol Building, he saw protestors pushing police barricades, saw the police deploy tear gas against the protestors, and that he then walked up the steps to the Capitol Building.  TEMPLE stated that he entered the building with the second wave of protesters to enter.  TEMPLE stated that when he entered, it appeared as though law enforcement allowed people inside.  TEMPLE stated that he remained inside for roughly 10 or more minutes before law enforcement wearing riot gear were able to shepherd him and his group (including WILSON) out of the Building.  TEMPLE further admitted posting photos or videos of himself to Snapchat while inside the Building.

28.     Based on the foregoing, your affiant submits that there is probable cause to believe that JODI WILSON and COLE TEMPLE violated 18 U.S.C. § 1752(a)(1) and (2), which makes

it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempt or conspire to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance. As noted above, WILSON and TEMPLE were within a posted, cordoned off, or otherwise restricted area of a building or grounds where the Vice President was temporarily visiting on January 6, 2021.

29.     Your affiant submits there is also probable cause to believe that JODI WILSON and COLE TEMPLE violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress, or (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_____
IAN MOORE
SPECIAL AGENT, FBI

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 18th day of August, 2021.

_____
ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE