AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | |
|---|---|
| v. | ) Case: 1:21-mj-00568 |
| Cole Andrew Temple | ) Assigned to: Judge Faruqui, Zia M. |
| | ) Assign Date: 8/18/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Cole Andrew Temple                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building

Date:   08/18/2021

2021.08.18
17:13:24 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.        Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 18 Aug 2021, and the person was arrested on *(date)* 19 Aug 2021
at *(city and state)*   TOLEDO, OH

Date:   19 Aug 2021

*Arresting officer's signature*

IAN J. MOULE   SPECIAL AGENT FBI
*Printed name and title*