## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| **vs.** | *   **Case No.: 21-mj-00568 ZMF** |
| **COLE ANDREW TEMPLE** | * |
| **Defendant** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Upon consideration of the defendant's Motion to Continue Status Conference and Exclusion of Time from Calculation Under the Speedy Trial Act, being fully advised, it is hereby

**ORDERED**, that the Motion to Continue Status Conference and Exclusion of Time from Calculation Under the Speedy Trial Act is **GRANTED;** and it is further,

**ORDERED,** that the status conference scheduled for Tuesday, June 7, 2022 at 1:00 p.m. is hereby continued for good cause shown to Thursday, July 7, 2022, and that this time is excluded from the Speedy Trial calculation, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution or additional time to review discovery.

_____
UNITED STATES MAGISTRATE JUDGE